UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WYMA VANESSA. HODGES,<br><br>Defendant. | CASE NO. CR02-258-JCC<br><br>SUMMARY REPORT OF U.S.<br>MAGISTRATE JUDGE<br>AS TO ALLEGED VIOLATIONS<br>OF SUPERVISED RELEASE |

## INTRODUCTION

I conducted a hearing on alleged violations of supervised release in this case on February 6, 2008. The United States was represented by Helen Bruner. The defendant was represented by William Hines.

## CONVICTION AND SENTENCE

Defendant had been convicted of Bank Fraud on or about February 28, 2003. The Honorable John C. Coughenour of this court sentenced Defendant to 4 months of custody, followed by 4 years of supervised release. The conditions of supervised release included requirements that defendant comply with the standard 13 conditions.

//
//
//

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -1-

## DEFENDANT'S ADMISSION

U.S. Probation Officer Jonathan Ishii alleged that Defendant violated the conditions of supervised release in the following respects:

(1) Failing to participate in the home confinement program with electronic monitoring, in violation of the special condition to participate in the program for a period of 90 days;

(2) Committing the crime of theft, on or about July 11, 2007, in violation of the general condition to not commit another federal, state, or local crime.

I advised the defendant of violation numbers one and two and of her constitutional rights. Ms. Hodges admitted to violation one and waived any hearing as to whether it occurred. The case has been set over for a status hearing regarding State charges relating to violation number two.

## RECOMMENDED FINDINGS AND CONCLUSIONS

Based upon the foregoing, I recommend the court find that Defendant has violated the conditions of her supervised release as alleged and set the matter for a disposition hearing.

Defendant has been detained pending a final determination by the Court.

DATED this 13th day of February, 2008.

MONICA J. BENTON
United States Magistrate Judge

cc: Sentencing Judge         : Hon. John C. Coughenour
    Assistant U.S. Attorney  : Susan Harrison
    Defense Attorney         : William Hines
    U. S. Probation Officer  : Jonathan Ishii

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -2-